UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHAWN POLINER, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

MANAGED LABOR SOLUTIONS, LLC,

    Defendant.
_____/

COLLECTIVE ACTION
Case No.: 3:20-CV-00738-TJC-PDB

## PLAINTIFF'S NOTICE TO THE COURT OF SETTLEMENT

Plaintiff, SHAWN POLINER, by and through the undersigned counsel, hereby notifies the Court that this matter has settled. The Plaintiff anticipates submitting the written settlement agreement for approval within the next 30 days.

Respectfully submitted this 9th day of November 2020.

    */s/ Mitchell L. Feldman*
    **Mitchell L. Feldman, Esquire**
    Florida Bar No.: 080349
    **FELDMAN LEGAL GROUP**
    6940 West Linebaugh Avenue, Suite 101
    Tampa, Florida 33625
    Tel: 813-639-9366 - Fax: 813-639-9376
    Email: mlf@feldmanlegal.us
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed via the Court's CM/ECF electronic filing system on November 9, 2020 and will forward a notice to all interested parties.

                                                */s/ Mitchell L. Feldman*
                                                MITCHELL L. FELDMAN, ESQUIRE
                                                Florida Bar No.: 0080349