**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SHAWN POLINER, individually
and on behalf of all others similarly
situated,

      Plaintiff,

v.                                                          Case No. 3:20-cv-00738-TJC-PDB

MANAGED LABOR SOLUTIONS,
LLC,

      Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE AND REFERENCE

This case is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Entry of Stipulated Judgment in Favor of Plaintiffs (Doc. 30), filed on December 8, 2020.

The Court notes that this case was brought under the Fair Labor Standards Act (FLSA). FLSA provisions are mandatory, not subject to negotiation or bargaining between employers and employees, and not subject to waiver. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982). Therefore, the parties were required to submit settlement documents for the Court's review, if the claim or claims have been

compromised, or other appropriate dismissal documents, and they have done so.

Accordingly, it is hereby

**ORDERED**:

1. The Joint Motion for Approval of Settlement Agreement and Entry of Stipulated Judgment (Doc. 30) is referred to the assigned United States Magistrate Judge for the preparation of a Report and Recommendation as to whether such settlement is a "fair and reasonable resolution of a bonafide dispute" over FLSA issues. See Lynn's Food Stores, 679 F.2d at 1354-55. **If the parties wish to expedite the resolution of the motion by allowing the magistrate judge to enter an order on the motion rather than preparing a Report and Recommendation to be considered by the undersigned, the parties may consent to the magistrate judge conducting all remaining proceedings in this action, including entry of judgment and any post judgment matters**.[1] If the parties choose to submit the consent form, they should do so no later than **December 30, 2020**.

2. The Court's Order regarding the Notice of Settlement (Doc. 29) is **vacated** to the extent that it sets January 8, 2021 as the deadline by which

---

[1] The consent form may be found on the Court's website at www.flmd.uscourts.gov under Forms, AO 85. Please note that all parties must execute the same form.

parties must submit appropriate documents to close out the file or have the case dismissed.

    3.    The Clerk of the Court is directed to terminate all pending motions and keep the case administratively closed pending further Order.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of December, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of Record

Honorable Patricia D. Barksdale
United States Magistrate Judge